IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **CREATIVE BUSINESS, INC.** )<br>d/b/a **BLUES HALL DINING ROOM** )<br>d/b/a **RUM BOOGIE CAFE,** )<br> )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>**COVINGTON SPECIALTY** )<br>**INSURANCE COMPANY,** )<br> )<br>    Defendant. ) | Case No. 2:20-cv-02452-JTF |

# JUDGMENT

Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is Dismissed with Prejudice in accordance with the Order Granting Defendant Covington Specialty Insurance Company's Motion for Judgment on the Pleadings and Dismissing Case with Prejudice that was entered by the Court on September 9, 2021.

**APPROVED:**

*s/John T. Fowlkes, Jr.*                                         THOMAS M. GOULD
JOHN T. FOWLKES, JR.                                      CLERK
UNITED STATES DISTRICT JUDGE


September 9, 2021                                                  s/ Lorri J. Fentress
DATE                                                                       (BY) LAW CLERK